IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

    Plaintiff,                    No. CIV S-06-1949 FCD DAD P

    vs.

L. SNEAD,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On February 1, 2007, plaintiff filed a request for entry of default against defendant Larry Snead. Court records indicate that the U.S. Marshal mailed defendant Larry Snead a waiver of service of summons on December 13, 2006. Rule 4(d)(3) of the Federal Rules of Civil Procedure provides that defendant shall file his appearance within sixty days from the date the waiver is mailed. On February 8, 2007, within the sixty day period provided for by applicable rule, defendant Larry Snead filed a motion to dismiss with a supporting memorandum of points and authorities.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's February 1, 2007 request
2  for entry of default is denied.
3  DATED: February 13, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
arme1949.77W